UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY TED MOSKOWITZ)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 93CR0686-BTM |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER TO TERMINATE SUPERVISED RELEASE** |
| CONRAD HARRIS, | ) ) | |
| Defendant. | ) ) | |

**IT IS HEREBY ORDERED** that the supervised release of Defendant Conrad Harris be terminated.

**IT IS SO ORDERED.**

DATED: March 12, 2007

_____
Honorable Barry Ted Moskowitz
United States District Judge